IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TIMOTHY MCLAUGHLIN on behalf of )
Himself and others similarly )
situated, )
 )
        Plaintiff, )
 )
    v. ) Civil Action No. 10-1406
 )
PHELAN HALLINAN & SCHIMEG, LLP., )
Lawrence T. Phelan, Francis S. )
Hallinan, and Rosemarie Diamond, )
 )
        Defendants. )

## ORDER

AND NOW, this 15th day of April, 2011, upon consideration of defendants' motion to dismiss [doc. no. 11], plaintiff's response thereto [doc. no. 15], and the court's order previously granting defendants' motion to dismiss, without prejudice, IT IS HEREBY ORDERED THAT defendants' motion for protective order [doc. no. 32] and plaintiff's motion to compel discovery responses and extend class discovery deadline [doc. no. 35] are DENIED as moot.

BY THE COURT:

_____,C.J.

cc: All Counsel of Record