UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

TIMOTHY MCLAUGHLIN, on Behalf of :
Himself and All Others Similarly Situated, :

Plaintiff, : NO. 2:10-cv-01406-GLL

v. :

PHELAN HALLINAN & SCHMIEG, :
LLP; LAWRENCE T. PHELAN; :
FRANCIS S. HALLINAN; DANIEL G. :
SCHMIEG; AND ROSEMARIE :
DIAMOND; :

Defendants. :

AND NOW, THIS 29th DAY OF Sept 11, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

/s/ Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

---

### DEFENDANTS' MOTION FOR RECONSIDERATION OF THIS COURT'S ORDER OF SEPTEMBER 9, 2011

Defendants Phelan Hallinan & Schmieg, LLP, Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg and Rosemarie Diamond (collectively "The Phelan Defendants"), by their undersigned counsel, respectfully move this Court for reconsideration pursuant to Rule 59 of the Federal Rules of Civil Procedure of this Court's Memorandum and Order entered September 9, 2011 and for an Order dismissing the Amended Complaint of Plaintiff Timothy McLaughlin with prejudice.

In support of this motion, defendants incorporate by reference the annexed Memorandum of Law.

WILENTZ GOLDMAN & SPITZER, P.A.

Dated: September 23, 2011

BY: /s/ Jonathan J. Bart
Jonathan J. Bart, Esquire
Attorney for Defendants

#3421796 (148290.083)